## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JACOB THOMAS EARLS,                                                                                        PLAINTIFF
ADC #114556

v.                                             5:12-cv-00235-DPM-JTK

GLYNN PITTS, et al.                                                                                      DEFENDANTS

### ORDER

Having reviewed Plaintiff's Complaint, it now appears to the Court that service is appropriate for Defendants Pitts and Shadwick. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Pitts and Shadwick. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2) and summons on these Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 15th day of August, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE