IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACOB THOMAS EARLS                                                    PLAINTIFF
ADC # 114556

v.                              No. 5:12-cv-235-DPM-JTK

GLYNN PITTS; COLTON SHADWICK;
ROBBIE FREAD; ALLEN CHEEKS;
MILTON PEEBLES                                                        DEFENDANTS

## ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's Proposed Findings and Partial Recommended Disposition, *Document No. 7*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b)(advisory committee notes on the 1983 addition), and for legal error, the Court adopts the proposal as its own. Earls's claims against Defendants Fread, Peebles, and Cheeks are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 September 2012