# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JACOB THOMAS EARLS  PLAINTIFF
ADC # 114556

v.  No. 5:12-cv-235-DPM-JTK

GLYNN PITTS; COLTON SHADWICK;
ROBBIE FREAD; ALLEN CHEEKS;
MILTON PEEBLES  DEFENDANTS

### ORDER

The Court has considered Magistrate Judge Jerome T. Kearney's Proposed Findings and Partial Recommended Disposition, *Document No. 7*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b)(advisory committee notes on the 1983 addition), and for legal error, the Court adopts the proposal as its own. Earls's claims against Defendants Fread, Peebles, and Cheeks are dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 September 2012