# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JACOB THOMAS EARLS**                                **PLAINTIFF**

v.                      **No. 5:12-cv-235-DPM**

**GLYNN PITTS**, Deputy, Arkansas
County Sheriff's Department; and
**COLTON SHADWICK**, Jailer,
Arkansas County Detention Center              **DEFENDANTS**

## ORDER

Earls's unopposed motion to dismiss, № 21, granted. His complaint is dismissed without prejudice. Motion, № 17, denied as moot.

So Ordered.

*D. P. Marshall Jr.*
United States District Judge

22 May 2013