# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JACOB THOMAS EARLS                        PLAINTIFF

v.                      No. 5:12-cv-235-DPM

GLYNN PITTS, Deputy, Arkansas
County Sheriff's Department; and
COLTON SHADWICK, Jailer,
Arkansas County Detention Center                DEFENDANTS

## ORDER

Earls's unopposed motion to dismiss, № 21, granted. His complaint is dismissed without prejudice. Motion, № 17, denied as moot.

So Ordered.

*[signature]*
D. P. Marshall Jr.
United States District Judge

22 May 2013