IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACOB THOMAS EARLS                                                            PLAINTIFF

v.                                      No. 5:12-cv-235-DPM

GLYNN PITTS, Deputy, Arkansas County
Sheriff's Department; COLTON SHADWICK,
Jailer, Arkansas County Detention Center;
ROBBIE FREAD, Jail Administrator, Arkansas
County Detention Center; ALLEN CHEEKS,
Sheriff, Arkansas County; and MILTON PEEBLES
Assistant Jail Administrator, Arkansas County
Detention Center                                                              DEFENDANTS

## JUDGMENT

Earls's complaint is dismissed without prejudice.

_____
D. P. Marshall Jr.
United States District Judge

22 May 2013